THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jearl Rogers (Rodgers), Appellant.
 
 
 

Appeal From Greenville County
J. C. Buddy Nicholson, Jr., Circuit Court Judge

Unpublished Opinion No. 2007-UP-238
Submitted May 1, 2007  Filed May 15, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Tara S. Taggart, of Columbia, for Appellant.  
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Jearl Rogers appeals his conviction and sentence for trafficking in crack cocaine.  Counsel for Rogers attached to the final brief a petition to be relieved as counsel.  Rogers did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss the appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
STILWELL, SHORT, and WILLIAMS, JJ., concur.  

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.